USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEEN TABOR LATTNER,

                          Plaintiff,

-against-

HOPE CALIENDO-SOLOMON; MTA NYC TRANSIT AUTHORITY,

                          Defendants.

**ORDER**

20-CV-9508 (PGG) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

An initial case management telephone conference was held on August 11, 2021, whereby the Court determined the following deadlines: (1) each party to provide initial disclosures (for example: list of witnesses, medical releases, and MTA policies regarding leave and injuries) by September 10, 2021; and (2) submit a joint status letter by September 15, 2021. The Court set a fact discovery deadline of December 24, 2021.

The Court also notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court.  The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse.  The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed.  Defendant is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff.**

2

Dated: New York, New York
August 12, 2021

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge