USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RASHEEN TABOR LATTNER,

                              Plaintiff,

              -against-

 HOPE CALIENDO-SOLOMON; MTA NYC
 TRANSIT AUTHORITY,

                              Defendants.

---

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

**20-CV-9508 (PGG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

A settlement conference in this matter utilizing Microsoft Teams is scheduled for

**Wednesday, October 20, 2021 at 10:00 a.m.**  Counsel for the parties will be sent an invitation

by Judge Parker's chambers prior to the scheduled conference date.  Corporate parties must

send the person with decision making authority to settle the matter to the conference.  The

parties are instructed to complete the Settlement Conference Summary Report and prepare

pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.

Updated pre-conference submissions must be received by the Court no later than **October 13,**

**2021 by 5:00 p.m.**

        **The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se**

**Plaintiff.**

Dated: New York, New York
        August 12, 2021

                              SO ORDERED.

                              _____
                              KATHARINE H. PARKER
                              United States Magistrate Judge