130 Livingston Street  
Brooklyn, NY 11201

Andy Byford  
President

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2021
```


(718) 694-3686

October 8, 2021

*Via Electronic Case Filing*  
Honorable Katharine H. Parker  
United States Magistrate Judge  
Southern District of New York  
500 Pearl Street, Courtroom 17D  
New York, New York 10007

**APPLICATION GRANTED:** The Clerk of Court is directed to mail a copy of this endorsement to the Plaintiff.

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.  
10/10/2021

Re:   Lattner v. New York City Transit, *et ano.*  
       Docket No. 20 CV 9508 (PGG)(KHP)

Dear Judge Parker:

This office represents defendants New York City Transit Authority ("NYCT") and Hope Caliendo-Solomon ("Caliendo-Solomon") (collectively "Defendants") in the above referenced action. I write jointly with Plaintiff's settlement counsel Susanne Keane of New York Legal Assistance Group ("NYLAG"). The parties respectfully request that the settlement statements and settlement conference, currently scheduled for October 13, and 20, 2021, respectively, be adjourned and that the parties be directed to submit a status letter to the Court in 30 days. This is the parties' first request for this action.

The parties request the relief because both believe that adjourning the settlement conference will give the parties additional time to explore settlement and help conserve scarce judicial resources.

Ms. Keane has had multiple and lengthy discussions with the *pro se* Plaintiff and presented a settlement demand to Defendants. Defendants' counsel and Ms. Keane had multiple conversations in an attempt to identify an amicable resolution that is both realistic and can be achieved within the limitations of the Civil Service Law and the Collective Bargaining Agreement between NYCT and Plaintiff's union.

Adjourning the settlement conference will allow the parties to continue their discussions to identify possible resolutions that do not violate any applicable laws or agreements. Cohesive and focused settlement postures can thus be presented at the settlement conference and the conference can be utilized to narrow the divide between reasonable positions, rather than expending scarce judicial resources on unviable settlement proposals.

The additional time will also allow the parties to continue discovery and help clarify the contours of the claims and value of the action.

MTA New York City Transit is an agency of the Metropolitan Transportation Authority, State of New York

58-03-6210 1/16