```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEEN TABOR LATTNER,

        Plaintiff,

  -against-

HOPE CALIENDO-SOLOMON; MTA NYC TRANSIT AUTHORITY,

        Defendants.

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

20-CV-9508 (PGG) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

 The Settlement Conference in this matter scheduled for **Tuesday, January 4, 2022 at 2:00 p.m.** is hereby converted to a telephonic conference.  The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time.  **A security code will be emailed to counsel by chambers for his proceeding.**

 **The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff.**

Dated: New York, New York
   December 22, 2021

              SO ORDERED.

              _____
              KATHARINE H. PARKER
              United States Magistrate Judge